No. 273. JOHNSON *v.* UNITED STATES. March 15, 1943. Petition for rehearing denied. MR. JUSTICE MURPHY, MR. JUSTICE JACKSON, and MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application.

No. 632. MCDERMOTT *v.* UNITED STATES. March 15, 1943. Petition for rehearing denied. MR. JUSTICE DOUGLAS and MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application.

No. 348. HILLEY *v.* SPIVEY, SHERIFF (317 U. S. 668);

No. 350. KILLAM *v.* CITY OF FLORESVILLE (317 U. S. 668);

No. 622. GERITY-WHITAKER CO. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD;

No. 633. PICKERING LUMBER CO. *v.* WHITESIDE ET AL.;

No. 634. GARROW ET AL. *v.* UNITED STATES;

No. 642. THOMAS *v.* UNITED STATES;

No. 643. THOMAS *v.* ROSSETTER ET AL.;

No. 645. PELLEY *v.* UNITED STATES;

No. 646. BROWN *v.* UNITED STATES;

No. 647. FELLOWSHIP PRESS, INC. *v.* UNITED STATES; and

No. 669. ALLIED MILLS, INC. *v.* DEPARTMENT OF TREASURY OF INDIANA ET AL. March 15, 1943. Petitions for rehearing denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of these applications.